1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN DEE WHITAKER,

Petitioner,

v.

JAMES KEY,

Respondent.

CASE NO. 3:15-CV-05878-RBL-JRC

ORDER

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

Before the Court is petitioner's motion to file supplemental authority in support of his habeas petition.  Dkt. 3. The petition has not been served and Respondent will not be prejudiced by this filing.  Petitioner's motion is granted.

Dated this 7th day of December, 2015.

J. Richard Creatura
United States Magistrate Judge