UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN DEE WHITAKER,

        Petitioner,

   v.

JAMES KEY,

        Respondent.

CASE NO. 3:15-CV-05878-RBL-JRC

ORDER GRANTING EXTENSION
TO FILE RESPONSE

The District Court referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction pursuant to 28 U.S.C. § 2254.

Petitioner Ryan Dee Whitaker seeks a sixty-day extension to file his response to respondent's answer to the habeas petition. Dkt. 18. Petitioner states that his counsel, Larry Hazen, passed away in February 2016 and he needs additional time to obtain new counsel. *Id.* Respondent does not object to plaintiff's motion. Dkt. 19.

1     The Court finds that the request is reasonable and, therefore, petitioner's motion for
2 extension (Dkt. 18) is granted**.**  Petitioner shall file his response to respondent's answer on or before
3 June 8, 2016**.**  Respondent may file and serve a reply not later than June 15, 2016.  The Clerk shall
4 note this matter for the Court's consideration on June 15, 2016. The Clerk is also directed to send
5 petitioner a copy of respondent's answer (Dkt. 15).

6     Dated this 15th day of April, 2016.

*[signature]*

J. Richard Creatura
United States Magistrate Judge