UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN DEE WHITAKER,

          Petitioner,

   v.

JAMES KEY,

          Respondent.

CASE NO. C15-5878 RBL-JRC

ORDER GRANTING EXTENSION

    The District Court referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction pursuant to 28 U.S.C. § 2254.

    Before the Court is the parties' stipulated motion for an extension (Dkt. 22). Petitioner's former counsel passed away recently and petitioner's current counsel seeks additional time to review the state court record and to file a traverse/reply. The parties have stipulated to new dates and request the Court to adopt the same. Dkt. 22.

ORDER GRANTING EXTENSION - 1

1  The Court has reviewed the stipulation and finds good cause for the requested extension and
2  that the dates are reasonable. Therefore, the stipulated motion for extension (Dkt. 22) is granted.
3  Petitioner shall file his traverse/reply on or before Friday, August 12, 2016. Respondent
4  may file and serve a reply not later than August 19, 2016. The Clerk shall note this matter for the
5  Court's consideration on August 19, 2016.
6  Dated this 6th day of June, 2016.

J. Richard Creatura
United States Magistrate Judge