1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT TACOMA

8
RYAN DEE WHITAKER,

9
                          Petitioner          CASE NO. 15-cv-5878 RBL-JRC

10
        v.                                    **ORDER ADOPTING REPORT
                                              AND RECOMMENDATION**
11
JAMES KEY,

12
                          Respondent.

13
        The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

14
Richard Creatura, objections to the Report and Recommendation [Dkt. #30], and the remaining

15
record, does hereby find and **ORDER:**

16
        (1)     The Court adopts the Report and Recommendation [Dkt. #29.

17
        (2)     Petitioner's petition for habeas corpus [Dkt. #1] is denied.

18
        (3)     The Court denies the issuance of a certificate of appealability..

19
        **DATED** this 14th day of November, 2016.

20

21

22

                                              Ronald B. Leighton
23                                            United States District Judge

24

ORDER - 1